UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | No. 25 CR 635 |
| v. | Violation: Title 18, United States Code, Section 111(a) and (b) |
| ANTHONY GONZALEZ ALVAREZ | |

The SPECIAL JUNE 2024 GRAND JURY charges:

On or about October 3, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

ANTHONY GONZALEZ ALVAREZ,

defendant herein, did forcibly impede, intimidate, and interfere with officers and employees of U.S. Customs and Border Protection, an agency of the United States government, while they engaged in the performance of their official duties, and such acts involved a deadly and dangerous weapon, to wit a motor vehicle;

In violation of Title 18, United States Code, Section 111(a) and (b).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY