UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No.: 25 CR 635 |
| v. ) | |
| ) | Honorable LaShonda A. Hunt |
| ANTHONY GONZALEZ ALVAREZ ) | |

**GOVERNMENT'S UNCONTESTED MOTION FOR
<u>EARLY RETURN OF TRIAL SUBPOENAS</u>**

1. The indictment in this case charges defendant with forcibly impeding, intimidating, and interfering with officers and employees of U.S. Customs and Border Protection, an agency of the United States government, while they engaged in the performance of their official duties, and such acts involved a deadly and dangerous weapon, to wit a motor vehicle, in violation of 18 U.S.C. § 111(a) and (b).

2. Defendant's arraignment was held on October 24, 2025. During that hearing, defendant demanded a speedy trial and the court denied the government's motion to exclude time. A status hearing is scheduled for November 25, 2025, at which time the government anticipates a trial date will be set and that trial date will be in late December 2025 or early January 2026.

3. The government anticipates that, at trial, the parties may need to present evidence that will need to be obtained pursuant to trial subpoena.

4. Accordingly, the government moves the Court to authorize the early return of trial subpoenas in connection with the trial. The government's motion is

made pursuant to Federal Rule of Criminal Procedure 17(c)(1), which provides, in pertinent part:

> A subpoena may order the witness to produce any books, papers, documents, data, or other objects the subpoena designates. The court may direct the witness to produce the designated items in court before trial or before they are to be offered in evidence. When the items arrive, the court may permit the parties and their attorneys to inspect all or part of them.

5. In accordance with Rule 17(c)(1), the government further moves the Court to order the parties to engage in the timely reciprocal disclosure of materials received pursuant to the early return of any trial subpoenas.

6. Defendant does not object to the granting of the government's motion.

WHEREFORE, the government respectfully requests that the Court authorize the parties to issue early return trial subpoenas, and to require the parties to engage in timely reciprocal disclosure.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: /s/ *Stephanie Stern*
STEPHANIE STERN
Assistant United States Attorney
United States Attorney's Office
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
312-469-6132