**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                                      Case No.: 1:25−cr−00635
                                                               Honorable LaShonda A. Hunt

Anthony Gonzalez Alvarez
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 17, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: The Court acknowledges the filing of Pretrial Services' violation report [22] and will address it at the upcoming 1/8/26 status hearing [21]. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.