# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA

          Plaintiff,

v.                         Case No.: 1:25−cr−00635

                                      Honorable LaShonda A. Hunt

Anthony Gonzalez Alvarez

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 12, 2026:

      MINUTE entry before the Honorable LaShonda A. Hunt: On the Court's own motion and by agreement of counsel, status hearing previously set for Defendant Anthony Gonzalez Alvarez (1) for 1/14/26 is reset by agreement for 1/29/26 at 10:15AM in Courtroom 1425. Government's oral unopposed motion to exclude time is granted. Time is excluded to 1/29/26, in the interest of justice. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.