

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 25 CR 635 |
| v. | Violation: Title 18, United States Code, Section 4 |
| ANTHONY GONZALEZ ALVAREZ | **Superseding Information** |

**1:25-CR-0635**
**Judge LaShonda A. Hunt**
**Magistrate Judge Heather K. McShain**
**Direct / Cat. 5**

The UNITED STATES ATTORNEY charges:

On or about October 3, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

ANTHONY GONZALEZ ALVAREZ,

defendant herein, having knowledge of the actual commission of a felony cognizable by a court of the United States, namely, impeding, intimidating, and interfering with officers and employees of U.S. Customs and Border Protection, an agency of the United States government, while they engaged in the performance of their official duties, in violation of Title 18, United States Code, Section 111(a), did conceal and not as soon as possible make known the same to a judge or other person in civil authority under the United States;

In violation of Title 18, United States Code, Section 4.


*/s/ Andrew S. Boutros by CKV*
UNITED STATES ATTORNEY